# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:05-cv-1478-SEB-JMS |
| | ) | |
| REX DELPH, THOMAS M. BEEMAN, personal representative of the ESTATE OF ROBYNN DELPH and of the ESTATE OF JOSHUA DELPH, RALPH GASCHE, FAYE GASCHE, KENT GASCHE, and JULIE BAKER, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON AGREED MOTION FOR INTERPLEADER

The parties, by counsel, filed their Agreed Motion for Interpleader in the following words and figures, to-wit:

### H.I.

And the Court being duly and sufficiently advised in the premises now GRANTS the Agreed Motion.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

1.  Unum is a mere stakeholder with no interest in the controversy between Defendants and makes no claim to the Life Insurance Plan Benefits, other than payment of its reasonable attorneys' fees and costs incurred in connection with this action. See *Interstate Life Assurance Co. v. Sedlak*, 1985 WL 1595, *3 (N.D. IlL. May 29, 1985); see also *Murphy v. Travelers Ins. Co.*, 534 F.2d 1155, 1164 (5th Cir. 1976); *Schirmer Stevedoring Co., Ltd. v. Seaboard Stevedoring Corp.*, 306 F.2d 188,193 (9th Cir. 1962); *Massachusetts Mutual Life Ins. Co. v.*

*Central Penn Natl Bank*, 372 F. Supp. 1027, 1044 (E.D. Pa. 1974), affirmed without published opinion, 510 F.2d 970 (3rd Cir.1975).

    2.  Unum shall deduct $4,918.25 from the death benefits for its attorneys fees and costs incurred in this interpleader action.  The remaining death benefits shall be deposited with the Clerk of this Court.

    3.  Upon deposit of the death benefits, Unum shall be discharged of all of its liability under the aforesaid Life Insurance Plan and Life Insurance Policy by virtue of the death of Robynn Delph and Joshua Delph.

    4.  Unum, and all claims against Unum, is dismissed with prejudice.  Defendants are enjoined from making any further claims for benefits against Unum, the Life Insurance Policy, or the Life Insurance Plan and from pursuing any further action against Unum, the Life Insurance Policy, and/or the Life Insurance Plan arising out of the death of William H. Thompson.

    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there is no just reason for delay and this Court expressly directs the entry of final judgment as it relates to the Claims by and against Unum Life Insurance Company of America, in accordance with Fed. R. Civ. P. 54(b).

    ORDERED  03/29/2007

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana