UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | 1:05-cv-1478- SEB-JMS |
| vs. | ) ) | |
| REX DELPH, et. al, | ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accord with the Court's Order on Agreed Motion for Interpleader entered on March 29, 2007, the Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay and that a final judgment should be entered in favor of UNUM Life Insurance Company of America on all claims asserted by and against it in this action.

IT IS SO ORDERED.

Date: 04/02/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas Maurice Beeman
tom@beemanlawoffice.com

Stacy L. Hanefeld
ROBERT W. YORK & ASSOCIATES
stacy@york-law.com

Eric P. Mathisen

HOEPPNER WAGNER & EVANS LLP
emathisen@hwelaw.com

Mark E. Schmidtke
SCHMIDTKE HOEPPNER CONSULTANTS LLP
mschmidtke@hwelaw.com

Gregory Alan Smith
gasmithlaw@sbcglobal.net

Robert W. York
ROBET W. YORK & ASSOCIATES
rwyork@york-law.com